UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ZAXY TAXY ENTERPRISES, et al.,

    Plaintiffs,

  v.

KING COUNTY, et al.,

    Defendants.

CASE NO. C05-0709C

ORDER

    This matter has come before the Court on several objections filed by Plaintiffs in response to a series of orders issued by the Honorable James P. Donohue, United States Magistrate Judge. The Court finds that no oral argument shall be necessary.

    To the extent that Plaintiffs' objections involve complaints about Plaintiff Addleman's treatment at the hands of Stafford Creek Corrections Center staff, they are irrelevant to the action at bar. In addition, to the extent that Plaintiffs' objections suggest that the Court apply a criminal statute to this, a civil case, in order to suspend the operation of the law as to *in forma pauperis* qualification, Plaintiffs' objections are not well taken. Finally, as the Court is mindful of Plaintiffs' *pro se* status, the Court is hesitant to rule on Plaintiffs' request to dismiss voluntarily Plaintiff Zaxy Taxy Enterprises' ("ZTE") claims in this action, as the request is made as part of Plaintiffs' omnibus objections. Should Plaintiffs

ORDER – 1

1   firmly desire to dismiss ZTE's claims, Plaintiffs are directed to submit a separate motion to that effect.

2   SO ORDERED this 13th day of September, 2005.

                                             _____
                                             UNITED STATES DISTRICT JUDGE

26  ORDER – 2