UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ZAXY TAXY ENTERPRISES, et al.,

        Plaintiff,

  v.

KING COUNTY, et al.,

        Defendant.

CASE NO. C05-0709C

MINUTE ORDER

      The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

      This matter has come before the Court on Plaintiffs' motion docketed at No. 49. The Court construes this motion to be a motion for reconsideration of Magistrate Judge Benton's order denying Plaintiffs' motion for appointment of counsel.

      Motions for reconsideration may only be granted where the moving party has shown manifest error in the challenged ruling. Local Rule CR 7(h)(1). Here, Plaintiffs have made no showing of such manifest error. Therefore, Plaintiffs' motion for reconsideration is hereby DENIED.

      The Court also notes that Plaintiffs state that "Addleman was able to get one magistrate to award him IFP status, but has not been able implement [*sic*] it by asking Zaxy Taxy Enterprises be dropped from

MINUTE ORDER – 1

1  the lawsuit." (Pls.' Mot. 1.)  This Court previously ordered that should Plaintiffs wish to dismiss Zaxy
2  Taxy Enterprises from the lawsuit, Plaintiffs should submit a separate motion to that effect.  The Court
3  now construes Plaintiffs' statement regarding dismissal of Zaxy Taxy Enterprises as a renewal of that
4  "motion" and confirmation of Plaintiffs' desire to do so.  Accordingly, Zaxy Taxy Enterprises is hereby
5  DISMISSED from this action.

7       DATED this <u>13th</u> day of December, 2005.

8                                               BRUCE RIFKIN, Clerk of Court

10                                    By <u> /s/ C. Ledesma            </u>
                                                  Deputy Clerk

26 MINUTE ORDER – 2